IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,       )
                                )
              Plaintiff,        )        4:03CR3082
                                )
       v.                       )
                                )
DENNIS DAMROW,                  )        ORDER
                                )
              Defendant.        )
_____)
```

This matter is before the Court on plaintiff's motion and request for hearing pursuant to Rule 35(b) (Filing No. 39). Accordingly,

IT IS ORDERED that said motion is scheduled for hearing on:

**Friday, March 23, 2007, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Defendant need not be present.

DATED this 19th day of February, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court