IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
           Plaintiff,         )      4:03CR3082
                              )
      v.                      )
                              )
DENNIS DAMROW,                )      ORDER
                              )
           Defendant.         )
_____)
```

IT IS ORDERED that said motion is rescheduled for hearing on:

**Thursday, March 29, 2007, at 10 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Defendant need not be present.

DATED this 21st day of March, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court